IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

BOCO ENTERPRISES, INC.,

    Defendant.

                                                   /

Case No. 2:19-cv-10795

Hon. David M. Lawson

Magistrate Judge Stephanie Dawkins Davis

## **PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of finalizing a Settlement Agreement and Stipulation of Dismissal. The parties respectfully request that they be given 30 days to file a Stipulation of Dismissal, and that in the meantime, all upcoming deadlines, including, but not limited to the status conference currently set for October 1, 2019, be extended and adjourned.

                                  Respectfully Submitted,

                                  BLACKMORE LAW PLC

Dated: September 25, 2019          *Angela Spears*
                                By:  George T. Blackmore (P76942)
                                       Angela C. Spears (P82653)
                                       BLACKMORE LAW PLC
                                       21411 Civic Center Drive, Ste 200
                                       Southfield, MI 48076
                                       P: 248-845-8594
                                       F: 855-744-4419
                                       E: george@blackmorelawplc.com
                                       *Counsel for Plaintiff*